UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN,

        Plaintiff,                      Case No. 2:25-cv-00258-JMB-MV

v.                                   Hon. Jane M. Beckering

INSURANCE PROTECTION
SPECIALISTS, LLC,

        Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE
## AND NOTICE OF DEFICIENCY

        NOTICE is hereby given that the above-captioned case was electronically filed in this court on November 10, 2025 .   The case has been assigned to Jane M. Beckering .

        The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 405.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event.  For further information, see the reference materials available on the court website.

                                                        CLERK OF COURT

Dated:  November 13, 2025      By:   /s/ M. Carlson
                                                Deputy Clerk