UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

INSURANCE PROTECTION SPECIALISTS,

    Defendant.
_____/

Case No. 2:25-cv-258

HON. JANE M. BECKERING

## ORDER TO STRIKE

This matter is before the Court on the Affidavit of Service (ECF No. 4). Having reviewed the filing, the Court finds that it fails to comply with W.D. Mich. LCivR 5.7(d)(iii)(B), which requires declarations under penalty of perjury to contain a manuscript signature. The affidavit contains Phillip Pooler's electronic signature. For this reason, the filing is stricken. Accordingly:

**IT IS HEREBY ORDERED** that the Affidavit of Service (ECF No. 4) is STRICKEN.

Dated: November 23, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge