# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **TRINITY MORAN** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:25-cv-258 |
| ) | |
| **INSURANCE PROTECTION SPECIALISTS, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Phillip Pooler, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to INSURANCE PROTECTION SPECIALISTS, LLC in Pasco County, FL on November 21, 2025 at 11:23 am at 10814 KINGSBRIDGE RD, PORT RICHEY, FL 34668 by leaving the following documents with Thomas Crispin who as Registered Agent at CSC is authorized by appointment or by law to receive service of process for INSURANCE PROTECTION SPECIALISTS, LLC.

Summons in a Civil Action, Complaint - Class Action

Black or African American Male, est. age 45-54, glasses: N, Black hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=28.3144018023,-82.6878346337
Photograph: See Exhibit 1


Standard Serve 10814 KINGSBRIDGE RD, PORT RICHEY, FL 34668 1@$127.00=$127.00
Standard Serve 30190 US Highway 19 North, #1111, Clearwater, FL 33761 1@$85.00=$85.00
Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Pasco County, Florida ,
_____ on  12/1/25 .

Signature
Phillip Pooler
+1 (813) 495-6328

<␊></␊>
<␊></␊>
Case 2:25-cv-00258-JMB-MV   ECF No. 6,   PageID.25   Filed 12/01/25   Page 3 of 3

Exhibit 1a)



Proof Job #1353014 | Serve #SRV-Z8T6J4H                                                                                                      Page 3