IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRINITY MORAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE PROTECTION SPECIALISTS,<br><br>Defendant. | CIVL ACTION NO.<br><br>2:25-cv-00258 |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Insurance Protection Specialists, moves to dismiss Plaintiff's Class Action Complaint. IPS contemporaneously files its brief in support of its motion

Dated: December 29, 2025

Respectfully submitted,

COLLIS, GRIFFOR & HENDRA, PC

By */s/ Stuart M. Collis*
Stuart M. Collis (P49530)
1851 Washtenaw Ave.
Ypsilanti, MI 48197
Telephone: (734) 827-1337
scollis@collisandgriffor.com

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served electronically upon counsel of record by electronic mail on January 2, 2026.

                                      By: */s/ Stuart M. Collis*
                                                Stuart M. Collis (P49530)