IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRINITY MORAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INSURANCE PROTECTION SPECIALISTS,<br><br>    Defendant. | CIVL ACTION NO.<br><br>2:25-cv-00258 |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT**

Upon motion of Defendant Insurance Protection Specialists, and the Court now being sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion to Dimiss Plaintiff's Class Action Complaint with prejudice is granted.

DONE AND ORDERED this _____ day of _____, 2026.

_____
JUDGE