UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN,

        Plaintiff,                      Case No. 2:25–cv–00258–JMB–MV

vs.                                         Hon. Jane M. Beckering

INSURANCE PROTECTION SPECIALISTS, LLC,

        Defendant.
_____/

**ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that Defendant has not filed the requisite disclosure.

Accordingly,

IT IS ORDERED that Defendant shall file a corporate disclosure statement within seven (7) days of the date of this order. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

Dated:   January 6, 2026                    __/s/ Jane M. Beckering_____
                                                 JANE M. BECKERING
                                                 United States District Judge