WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

Trinity Moran

        Plaintiff(s),

v.

Insurance Protections Specialists, LLC

        Defendant(s).

Case No.  2:25-cv-00258-jmb

Hon. Jane M. Beckering

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, _Insurance Protections Specialists, LLC_ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: _1-7-26_

_____
(Signature)