IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRINITY MORAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE PROTECTION SPECIALISTS, LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 2:25-cv-00258 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Trinity Moran, by and through undersigned counsel, respectfully moves for an extension of time to file her response to Defendant's Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 8) up to and including February 9, 2026 to file her response to Defendant's Motion to Dismiss. This request is made pursuant to Fed. R. Civ. P. 6(b)(1) and W.D. Mich. LCivR 6.1, which permit the Court to extend deadlines for good cause. The requested extension will allow Plaintiff adequate time to prepare a thorough response to the issues raised in Defendant's motion and supporting memorandum. This motion is also submitted in compliance with W.D. Mich. LCivR 7.1(a), as Plaintiff conferred with opposing counsel regarding the requested relief. Opposing counsel has indicated that Defendant does not object to Plaintiff's requested extension to February 9, 2026.

No prior extension has been sought for Plaintiff's response to Defendant's Motion to Dismiss. Granting this motion will not prejudice Defendant and will promote the efficient resolution of the issues raised in Defendant's Motion to Dismiss.

1

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending Plaintiff's deadline to file her response to Defendant's Motion to Dismiss (ECF No. 8) to February 9, 2026.

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time is GRANTED. Plaintiff shall file her response to Defendant's Motion to Dismiss (ECF No. 8) on or before February 9, 2026.

Dated: January 7, 2026

PLAINTIFF, individually and on behalf of all others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*