## STATE OF MICHIGAN
## IN THE 1ST JUDICIAL DISTRICT COURT

---

**Capital One, N.A., Successor
by Merger to Discover Bank,**

    Plaintiff,

v.

**Donna Drouillard,**

    Defendant.

Case No. 26-22089-GC

Hon. Chistian J. Horkey

Answer

---

| WELTMAN, WEINBERG & RIES CO. L.P.A | COLLIS, GRIFFOR & HENDRA, PC |
|---|---|
| **Thomas P. Duquette (P82958)** | **Andrew C. Hendra (P82429)** |
| Attorney for Plaintiff | Attorney for Defendant: |
| 3155 W. Big Beaver Suite 206 | 1851 Washtenaw Avenue |
| Troy, MI 48084 | Ypsilanti, MI 48197 |
| (248)362-6100 | (734) 827-1337 |

---

### ANSWER TO COMPLAINT

NOW COMES Defendant, by and through his Attorney, COLLIS, GRIFFOR & HENDRA, PC, by Andrew C. Hendra, and for their Answer to Plaintiff's Complaint states as follows:

1. Admit.

2. Admit.

3. Admit.

4. Neither admit nor deny due to lack of information upon which to form a belief.

5. Admit.

#### *Breach of Contract*

6. Defendant incorporates the preceding paragraphs by reference.

7. Defendant denies this allegation as the alleged agreement provided by Plaintiff has not been signed by Defendant.

8. Neither admit nor deny due to lack of information upon which to form a belief.

9. Admit.

10. Deny for the reason it is untrue.

11. Deny for the reason it is untrue.

## PRAYER FOR RELIEF

WHEREFORE, Defendants Respectfully Request that this Honorable Court dismiss Plaintiff's claim and award court costs so wrongfully sustained in defending this matter.

Respectfully Submitted:

COLLIS & GRIFFOR & HENDRA, PC

DATED: June 1, 2026

*/s/ Andrew C. Hendra*
Andrew C. Hendra (P82429)
Attorney for Defendant

## AFFIRMATIVE DEFENSES

NOW COMES Defendant, by and through his Attorney, COLLIS, GRIFFOR & HENDRA, PC, by Andrew C. Hendra, and for their Affirmative Defenses state as follows:

1. Estoppel

2. Laches

3. Failure to state a claim upon which relief can be granted

4. Unclean hands

5. Accord and satisfaction

6. Waiver

7. Failure to state a claim upon which relief can be granted

8.    Failure to mitigate damages

9.    Defendant reserves the right to amend these affirmative defenses as same become

known through the course of discovery.

Respectfully Submitted:

COLLIS, GRIFFOR & HENDRA, PC

DATED: June 1, 2026

*/s/ Andrew C. Hendra*
Andrew C. Hendra (P82429)
Attorney for Defendant