UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN,

     Plaintiff,

                                 Case No. 2:25-cv-258

v.

                                 HON. JANE M. BECKERING

INSURANCE PROTECTION SPECIALISTS,

     Defendant.

_____/

## **ORDER TO STRIKE**

On June 9, 2026, Defendant filed its Answer to the complaint with affirmative defenses and jury demand (ECF No. 16, corrected by ECF Nos. 17–19).[1]  Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response.  For this reason, the Answer is stricken.  Accordingly:

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses and jury demand (ECF No. 16, corrected by ECF Nos. 17–19) is STRICKEN.  Defendant shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated: June 10, 2026                              /s/ Jane M. Beckering
                                           JANE M. BECKERING
                                           United States District Judge

---

[1] The first two filings (ECF Nos. 16–17) appear to be a refiling of the Complaint rather than an answer.  The third filing (ECF No. 18) appears to be an answer in an unrelated case.  The fourth filing (ECF No. 19) appears to be the Answer in the instant case.