UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN,

       Plaintiff,                     Case No. 2:25−cv−00258−JMB−MV

   v.

INSURANCE PROTECTION
SPECIALISTS, LLC,

       Defendant.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Stuart M. Collis

RE:  Answer to Complaint − #18

REASON FOR NOTICE:  The document appears to have been electronically filed in the incorrect case.

RECOMMENDED ACTION:  Electronically file the document in the correct case. The Clerk's Office will make edits to the entry in the incorrect case so that it will be disregarded.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

                                 CLERK OF COURT

Dated:  June 10, 2026       By:   /s/ M. Carlson_____
                                 Deputy Clerk