# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

TRINITY MORAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

INSURANCE PROTECTION SPECIALISTS,

    Defendant.

CIVL ACTION NO.

2:25-cv-00258

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

---

Pursuant to Local Rule LGenR 2.5, Defendant's Attorney, Stuart M. Collis of Collis, Griffor & Hendra, PC, respectfully requests that this Court grant him leave to withdraw his appearance as attorney of record in this matter. In support of this motion, Stuart M. Collis and Collis, Griffor & Hendra, PC states as follows:

1. Attorney Collis appeared on behalf of the Defendant on January 5, 2026, by filing an Attorney Appearance in this matter.

2. There has been a breakdown in the attorney-client relationship between Attorney Collis and Defendant. MRPC 1.16(b)(6).

3. Continued representation of Defendant would result in an unreasonable financial burden on the attorney and has been rendered unreasonably difficult by the client. MRPC 1.16(b)(5).

4. Based on prior conversations with Plaintiff's Attorney, it is Attorney Collis's understanding that Plaintiff's Counsel does not oppose this motion.

**WHEREFORE**, Attorney Stuart Collis of Collis, Griffor & Hendra, PC, respectfully requests that the Court grant him leave to withdraw as attorney of record in this action.

Dated: July 9, 2026                                COLLIS, GRIFFOR & HENDRA, PC

By */s/ Stuart M. Collis*
Stuart M. Collis (P49530)
1851 Washtenaw Ave.
Ypsilanti, MI 48197
Telephone: (734) 827-1337
scollis@collisandgriffor.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically upon counsel of record by electronic mail on July 9, 2026, and upon Defendant Insurance Protection Specialists by first-class mail at 30190 US Highway 19N PMB 1111Clearwater, FL 33761 and by electronic mail at **cthomas.caa@gmail.com.**

By: */s/ Stuart M. Collis*
    Stuart M. Collis (P49530)