**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TRINITY MORAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INSURANCE PROTECTION SPECIALISTS,<br><br>    Defendant. | CIVL ACTION NO.<br><br>2:25-cv-00258 |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Upon motion of Stuart M. Collis of Collis, Griffor & Hendra, PC, and the Court now being sufficiently advised,

IT IS HEREBY ORDERED that the Motion for Leave to Withdraw as Counsel filed by Stuart M. Collis is granted.

DONE AND ORDERED this _____ day of _____,2026.

_____
JUDGE