UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN,

        Plaintiff,                            Case No. 2:25−cv−00258−JMB−MV

        v.                                  Hon. Jane M. Beckering

INSURANCE PROTECTION
SPECIALISTS, LLC,

        Defendant.
_____/

## <u>NOTICE OF HEARING CANCELLATION</u>

       The Rule 16 Scheduling Conference set in this matter for **July 21, 2026** is hereby **adjourned without date.**   The Rule 16 Scheduling Conference is adjourned due to pending Motion to Withdraw (ECF No. 26)

                                  U.S. Magistrate Judge

Dated:  July 20, 2026        By:   _/s/ K. Lemerand_____
                                    Courtroom Deputy