UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN,

Plaintiff,

v.

INSURANCE PROTECTION SPECIALISTS, LLC,

Defendant.
_______________________________/

Case No. 2:25-cv-00258

Hon. Jane M. Beckering
U.S. District Judge

ORDER

On July 24, 2026, the undersigned entered an order granting Defendant's motion to withdraw as attorney, ECF No. 30.

**IT IS HEREBY ORDERED** that Defendant shall obtain new counsel who shall enter an appearance in this case no later than **September 30, 2026**.

**IT IS SO ORDERED.**

Dated: August 31, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE