**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| TRINITY MORAN, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. 2:25-cv-00258 |
| Plaintiff, | : | |
| v. | : | |
| INSURANCE PROTECTION SPECIALISTS | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Trinity Moran, hereby voluntarily dismisses this action against Defendant Insurance Protection Specialists, LLC, without prejudice.

Although Defendant has filed an answer, Plaintiff notes that Defendant has not secured counsel per this Court's Order and cannot appear in federal court without counsel.

Plaintiff requests that the Court dismiss this action without prejudice, with each party to bear its own attorneys' fees and costs, and direct the Clerk to close the case.

RESPECTFULLY SUBMITTED AND DATED this November 3, 2026.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*