UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRINITY MORAN,

Plaintiff,

v.

INSURANCE PROTECTION SPECIALISTS,

Defendant.

_______________________________________/

Case No. 2:25-cv-258

HON. JANE M. BECKERING

**ORDER OF DISMISSAL**

This matter is before the Court on "Plaintiff's Notice of Voluntary Dismissal Without Prejudice" (ECF No. 32), which the Court construes as a request for dismissal under Federal Rule of Civil Procedure 41(a)(2).[1] The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that Plaintiff's request for dismissal (ECF No. 22) is GRANTED. This action is DISMISSED without prejudice, and with each party to bear its own attorneys' fees and costs.

This Order closes the case.

Dated: November 3, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] Although the Notice references Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows for dismissal before an answer or a motion for summary judgment is served, Defendant has already filed an Answer (ECF No. 22).